### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRAD TAYLOR, #06468-028,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 04-4075-GPM |
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 00-40101-05-GPM |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on a motion and affidavit in support of request to proceed *in forma pauperis* on appeal (Doc. 21). On October 18, 2005, this Court entered final judgment and dismissed the motion to vacate, set aside, or correct sentence. (*See* Docs. 12, 13.) The Court subsequently denied a certificate of appealability. (*See* Doc. 18.)

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). A plaintiff is "acting in bad faith in the more common legal meaning of the term … [when he sues] … on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). Further, "an appeal in a frivolous suit cannot be 'in good faith' under § 1915(a)(3), because 'good faith' must be viewed objectively." *Moran v. Sondalle*, 218 F.3d 647, 650 (7th Cir. 2000). *See also Lee*, 209 F.3d at 1026; *Tolefree v. Cudahy*, 49 F.3d 1243, 1244 (7th Cir. 1995) ("[T]he granting of leave to appeal in forma pauperis from the dismissal of a *frivolous* suit is presumptively erroneous and indeed self-contradictory.").

According to the documents submitted in support of the motion to proceed on appeal *in forma pauperis*, Petitioner is indigent.  Moreover, the Court notes that Petitioner's motion was dismissed on the merits; it was not found to be frivolous.  Although this Court has denied a certificate of appealability, the appeal is not in bad faith.  Accordingly, the motion for leave to proceed *in forma pauperis* on appeal (Doc. 21) is **GRANTED**.

**IT IS SO ORDERED.**

DATED:  01/23/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge